



★ ★ ★         ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00689-CR

Javier **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-2972
Honorable Mary D. Román, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed: December 23, 2009

DISMISSED

     Appellant has filed a motion to dismiss his appeal. The motion is granted, and this appeal

is dismissed. *See* TEX. R. APP. P. 42.2(a).

                                         PER CURIAM

DO NOT PUBLISH